IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MA BELEN PUGA,
        Plaintiff,

v.                                          22-CV-00398-WJ-JHR

HOME DEPOT U.S.A., INC.,
        Defendants.

## STIPULATED ORDER TO RELEASE RECORDS

THIS MATTER coming before the Court upon the January 18, 2023 **[DOC. 27]** Motion of the Workers' Compensation Administration (WCA) for an order to release records pursuant to NMSA 1978, §52-5-21 (2001) and §11.4.1.8(A)(2) NMAC and the Court having reviewed the pleading and otherwise fully being informed in the premises,

THE COURT FINDS that Plaintiff, as the party to the workers' compensation claim before the WCA, is entitled to claims records pursuant to NMSA §52-5-21 and has consented to the release of Workers' Compensation Administration claims records and further consented that all parties to this case may receive a copy of the Worker's Compensation Administration claim records.

IT IS FURTHER ORDERED that within ten (10) working days of the date stamp of this Order, the WCA shall submit to all parties a true and complete copy of all WCA documents requested in the Subpoena Duces Tecum with the WCA Clerk of the Court's attestation that the file is a correct and accurate record of the agency under seal of the WCA.

IT IS FURTHER ORDERED requesting party to pay the reasonable costs for copying of the records.

_____
THE HONORABLE JERRY H. RITTER
United States Magistrate Judge

Submitted by:

_____/s/ *Sandra L. Gardner*
SANDRA L. GARDNER, Esq., for WCA
WCA Assistant General Counsel

Approved by:

*Electronically approved on 1/18/2023*_____
GABRIEL STEVEN PEREZ, Esq.
Attorney for Plaintiff, Ma Belen Puga

*Electronically approved on 1/18/2023*_____
THEODORE C. YARBROUGH, Esq.
CAROLINE BAIRD, Esq.
Attorneys for Defendant, Home Depot U.S.A., Inc.